JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

TONY MORENO,

               Plaintiff,

   v.

L. VACA et al.,

               Defendants.

Case No. 2:23-cv-00529-PA (MAA)

**JUDGMENT**

    Pursuant to the Order of Dismissal filed herewith,

    IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED:  July 17, 2023

_____

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE